The Court
 

 said they had continued a cause at the first term, where |the defendant was imprisoned out of the State, and where his counsel was not instructed in his defence,
 
 (Canby
 
 vs.
 
 Griffin,
 
 3
 
 Harr. Rep.
 
 333;) and refused a continuance in the same case at the next [term, when the defendant had been brought back and sentenced to Imprisonment on conviction for a felony. They had also continued a
 
 *382
 
 cause at the first term, where the plaintiff was in solitary confinement under sentence of this court, his counsel not being permitted to see him.
 
 (Chandler vs. Barker,
 
 1
 
 Harr. Rep.
 
 316.) But this is a different case. The plaintiff was at large until six weeks before the term, when he was committed on articles of the peace exhibited against him; he has been out of prison for a week past; he had counsel before his imprisonment, and might have instructed him by letter whilst in prison, or personally since his discharge.
 

 J. A. Bayard,
 
 for plaintiff.
 

 Wales,
 
 for defendant.
 

 Motion refused.